## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JANET WILAMOWSKI  : CHAPTER 13
      Debtor :
       :
       : Bankr. No. 23-12723-PMM
       :

### ORDER

AND NOW, this _____ day of September, 2023, after consideration of Debtor's Motion for an Extension of Time to File Documents, it is hereby ORDERED and DECREED that an extension of time is GRANTED until October 5, 2023, to file the documents requested in this Court's Order of September 12, 2023.

BY THE COURT:

_____
PATRICIA M. MAYER, JUDGE
US Bankruptcy Court for the
Eastern District of Pennsylvania

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  JANET WILAMOWSKI | :   CHAPTER 13 |
| Debtor | : |
| | : |
| | :   Bankr. No. 23-12723-PMM |
| | : |

## MOTION TO EXTEND TIME TO FILE SCHEDULES AND RELATED DOCUMENTS

TO THE HONORABLE PATRICIA M. MAYER, U.S. BANKRUPTCY JUDGE:

The within Debtor, through counsel, Allen B. Dubroff, Esq. & Associates, LLC, respectfully represents as follows:

1. On September 11, 2023, the Debtor, Janet Wilamowski, filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. Rules require the filing of schedules and related documents within fifteen (15) days after the filing of the Petition.

3. In order to obtain and furnish the missing documents, it is necessary to gather information from various documents and financial records of the Debtor herein.

4. As a result of the foregoing, an extension of time until October 5, 2023 is requested to furnish the missing documents in order to prepare and file schedules, statements of affairs and related documents for the debtor.

WHEREFORE, the Debtor respectfully requests this Honorable Court to enter an Order granting an extension of time until October 5, 2023 to furnish the schedules, statements of affairs and related documents.

Respectfully Submitted,

By: _____
ALLEN B. DUBROFF, ESQ.
Allen B. Dubroff, Esq. & Assocs., LLC
1500 JFK Blvd. – Suite 1020
Philadelphia, PA 19102
PA Bar No. 04686
Phone: 215-568-2700
Email: **allen@dubrofflawllc.com**

Dated:  September 19, 2023