United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12723-pmm |
| Janet Wilamowski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet Wilamowski, 549 Susan Drive, King of Prussia, PA 19406-3905 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 23, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN B. DUBROFF | on behalf of Debtor Janet Wilamowski allen@dubrofflawllc.com adminassistant@dubrofflawllc.com,john@dubrofflawllc.com |
| ALYK L OFLAZIAN | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN T|
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JANET WILAMOWSKI  : CHAPTER 13
      Debtor  :
                             :
                             : Bankr. No. 23-12723-PMM
                             :

## ORDER

AND NOW, this __21st__ day of September, 2023, after consideration of Debtor's Motion for an Extension of Time to File Documents, it is hereby ORDERED and DECREED that an extension of time is GRANTED until October 5, 2023, to file the documents requested in this Court's Order of September 12, 2023.

BY THE COURT:

_Patricia M. Mayer_
PATRICIA M. MAYER, JUDGE
US Bankruptcy Court for the
Eastern District of Pennsylvania

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JANET WILAMOWSKI       :   CHAPTER 13
          Debtor       :
                 :
                 :   Bankr. No. 23-12723-PMM
                 :

## MOTION TO EXTEND TIME TO FILE SCHEDULES AND RELATED DOCUMENTS

TO THE HONORABLE PATRICIA M. MAYER, U.S. BANKRUPTCY JUDGE:

    The within Debtor, through counsel, Allen B. Dubroff, Esq. & Associates, LLC, respectfully represents as follows:

    1.    On September 11, 2023, the Debtor, Janet Wilamowski, filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

    2.    Rules require the filing of schedules and related documents within fifteen (15) days after the filing of the Petition.

    3.    In order to obtain and furnish the missing documents, it is necessary to gather information from various documents and financial records of the Debtor herein.

    4.    As a result of the foregoing, an extension of time until October 5, 2023 is requested to furnish the missing documents in order to prepare and file schedules, statements of affairs and related documents for the debtor.

    WHEREFORE, the Debtor respectfully requests this Honorable Court to enter an Order granting an extension of time until October 5, 2023 to furnish the schedules, statements of affairs and related documents.

                                Respectfully Submitted,

                                By: _____
                                ALLEN B. DUBROFF, ESQ.
                                Allen B. Dubroff, Esq. & Assocs., LLC
                                1500 JFK Blvd. – Suite 1020
                                Philadelphia, PA 19102
Dated:  September 19, 2023          PA Bar No. 04686
                                Phone: 215-568-2700
                                Email: allen@dubrofflawllc.com