IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  JANET WILAMOWSKI | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| | : | Bankr. No. 23-12723-PMM |
| | : | |

### O R D E R

AND NOW, this _____ day of October, 2023, after consideration of Debtor's Motion for an Additional Extension of Time to File Documents, it is hereby ORDERED and DECREED that an extension of time is GRANTED until October 20, 2023, to file the documents requested in this Court's Order of September 12, 2023.

BY THE COURT:

_____
PATRICIA M. MAYER, JUDGE
US Bankruptcy Court for the
Eastern District of Pennsylvania

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JANET WILAMOWSKI : CHAPTER 13
Debtor :
:
: Bankr. No. 23-12723-PMM

## MOTION FOR ADDITIONAL EXTENSION TO FILE SCHEDULES AND RELATED DOCUMENTS

TO THE HONORABLE PATRICIA M. MAYER, U.S. BANKRUPTCY JUDGE:

The within Debtor, through counsel, Allen B. Dubroff, Esq. & Associates, LLC, respectfully represents as follows:

1. On September 11, 2023, the Debtor, Janet Wilamowski, filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. Rules require the filing of schedules and related documents within fifteen (15) days after the filing of the Petition.

3. In order to obtain and furnish the missing documents, it is necessary to gather information from various documents and financial records of the Debtor herein.

4. On September 21, 2023, the Court entered an Order granting an extension of time until October 5, 2023 to file the required documents.

5. The Debtor has experienced health issues related to the breakdown of her motor vehicle and resulting employment issues.

WHEREFORE, the Debtor respectfully requests this Honorable Court to enter an Order granting an extension of time until October 20, 2023 to furnish the schedules, statements of affairs and related documents.

Respectfully Submitted,

By: _____
ALLEN B. DUBROFF, ESQ.
Allen B. Dubroff, Esq. & Assocs., LLC
1500 JFK Blvd. – Suite 1020
Philadelphia, PA 19102
PA Bar No. 04686
Phone: 215-568-2700
Email: allen@dubrofflawllc.com

Dated: October 3, 2023