## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| JANET WILAMOWSKI | : | Case No. 23-12723 |
| Debtor | : | Chapter 13 |
| | : | Judge Patricia M. Mayer |
| | | |
| PNC Bank, National Assn. | : | Date & Time of Hearing |
| Movant | : | Place of Hearing |
| | : | March 27, 2024 at 01:00 p.m. |
| vs. | | |
| Janet Wilamowski | : | U.S. Bankruptcy Court, |
| Kenneth E. West | : | 900 Market Street, Courtroom #1, |
| Respondents | : | Philadelphia, PA 19107 |

### CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, a copy of the foregoing Debtor's Answer to PNC's Motion For Relief From Stay was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest (Registered address) @usdoj.gov;

Kenneth E. West, Office of the Chapter 13 Standing Trustee,
ecfemails@ph13trustee.com

I certify that on the date of filing, a copy of the foregoing document was sent by First Class US Mail, postage prepaid to:

Alyk Oflazian, Esq.
Manley Deas Kochalski, LLC
P.O. Box 165028
Columbus, OH 43216-5028
Attorneys for Creditors

By: _____
ALLEN B. DUBROFF, ESQ.
Allen B. Dubroff, Esq. & Assocs., LLC
1500 JFK Blvd. – Suite 910
Philadelphia, PA 19102
PA Bar No. 04686
Phone: 215-568-2700
Fax: 215-686-3777
Email: allen@dubrofflawllc.com

Dated: 3/14/24