IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  JANET WILAMOWSKI<br>          Debtor | :   CHAPTER 13<br>:<br>:<br>:   Bankr. No. 23-12723-PMM |

## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE PATRICIA M. MAYER, U.S. BANKRUPTCY JUDGE for the Eastern District of Pennsylvania:

1. Admitted.
2. Admitted.
3. Debtor has filed her Chapter 13 case in order to save her home from foreclosure. Dr. Wilamowski closed a business she had operated as a sole proprietor for a period in excess of twenty-five years (Vision Development). She is now employed as an optometrist and receives social security. Debtor will provide evidence of her income from her employment and social security on or before March 25, 2024.

Debtor has commenced her Chapter 13 Plan payments and will make her March 2024 payment prior to March 26th. All other post-petition payments have been made.

At the center of the problems encountered by the Debtor is a dispute concerning amounts due to PNC Bank for pre-petition arrearages and post-petition payments. Debtor met with a Bank officer on March 18th and the Bank is providing a report which should resolve this issue.

WHEREFORE, the Debtor prays that the Motion to Dismiss be rescheduled to a date in May of 2024, and a date be fixed for the Debtor to attend her 341 Meeting.

Respectfully Submitted,

By: _____
ALLEN B. DUBROFF, ESQ.
Allen B. Dubroff, Esq. & Assocs., LLC
1500 JFK Blvd. – Suite 910
Philadelphia, PA 19102
PA Bar No. 04686
Phone: 215-568-2700
Email: **allen@dubrofflawllc.com**

Dated: March 19, 2024