**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  JANET WILAMOWSKI | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| | : | Bankr. No. 23-12723-PMM |
| | : | |

### CERTIFICATE OF SERVICE

I, Allen B. Dubroff, Esq., does hereby certify that a true and correct copy of the foregoing Debtor's Answer to Trustee's Motion To Dismiss has been served on March 20, 2024 by ECF and First Class US Mail, postage prepaid to the following:

Office of the U.S Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA 19107

Kenneth E. West, Esq.
Standing Chapter 13 Trustee
P.O. Box 40837
Philadelphia, PA 19107

ALLEN B. DUBROFF, ESQ. & ASSOCS., LLC

By: _____
ALLEN B. DUBROFF, ESQ.
1500 JFK Blvd. – Suite 910
Philadelphia, PA 19102
PA Bar No. 04686
Attorney for Debtor
Phone: 215-568-2700
Fax: 215-686-3777
Email: **allen@dubrofflawllc.com**

Dated: 3/19/24